DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

CLINTON RODRIGUEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-3029

————————————————

March 20, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Rook Ringer of The Post-Conviction Alliance, Brandon, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

KELLY, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.